IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:20CR165 |
| vs. | ) | |
| DIRK JOHNSON and LINDA RIASKI, | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the Defendant Dirk Johnson's Unopposed Motion to Continue Trial [38]. On November 18, 2020, an order [37] was entered granting co-defendant Linda Riaski an extension of time to file pretrial motions and cancelling the jury trial scheduled for December 14, 2020. For that reason, the defendant's motion to continue trial will be denied as moot.,

**IT IS ORDERED** that:

1. The Motion to Continue Trial [38] is denied as moot.

2. Jury Trial, for both defendants, will be set by further order of the court once pretrial matters have concluded.

DATED: November 19, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge