IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR165 |
| | ) | |
| vs. | ) | |
| | ) | |
| DIRK JOHNSON and LINDA RIASKI, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's Motion to Continue Trial [120]. Counsel for the government has prior arrangements to be out of the state at the time the court has set this matter for trial. Counsel for the defendants do not objection to the continuance. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [120] is granted, as follows:

1. The jury trial**, for both defendants**, now set for June 21, 2022 is continued to **July 25, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 25, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny the government continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **June 17, 2021.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED: June 14, 2022.**

                               BY THE COURT:


                               s/ Susan M. Bazis
                               **United States Magistrate Judge**